IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01244-KLM

FIORI, LLC,

    Plaintiff,

v.

OBVIOUS CLOTHING, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Extension of Time to Reply to Defendant Obvious Clothing LLC's Counterclaim [Doc. No. 10] and First Unopposed Motion to Vacate and Reset Scheduling/Planning Conference and Related Deadlines [Doc. No. 6]** [#15] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that Plaintiff shall file an answer or other response to Defendant's counterclaim **on or before August 21, 2014**.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 2, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **October 21, 2014 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **October 14, 2014**.

Dated: July 29, 2014